| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>United States Attorney<br>2  KEVIN C. KHASIGIAN<br>Assistant U. S. Attorney<br>3  501 I Street, Suite 10-100<br>Sacramento, CA  95814<br>4  Telephone:  (916) 554-2700<br><br>5  Attorneys for the United States | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>REAL PROPERTY LOCATED 4343 NORTH FORTY, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 031-310-028-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 1 RANCHO TORRE COURT, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 040-0190-055-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 13373 BENNETT ROAD, HERALD, CALIFORNIA, SACRAMENTO COUNTY, APN: 152-0120-022-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 211 HEBRON CIRCLE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 225-1590-086-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | 2:18−CV−00808−KJM−CKD<br><br><br><br>STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |

| | |
|---|---|
| 1<br>2<br>3<br>4 | REAL PROPERTY LOCATED 4909 WINAMAC DRIVE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 225-1800-056-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 5<br>6<br>7 | REAL PROPERTY LOCATED 5371 ONTARIO STREET, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 023-0275-015-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 8<br>9<br>10 | REAL PROPERTY LOCATED 7471 53RD AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 040-0240-051-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and |
| 11<br>12<br>13<br>14 | REAL PROPERTY LOCATED 9217 SILVERDALE COURT, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 121-0810-047-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 15 | Defendants. |

The United States and Claimants Ling Yan Jiang, Jin Heng Jiang, Hong Lin, Xiang Rong Lian Mei Zhao, Jing Jie Jiang, Qing Xi Liu, Xue Ying Zhang, Loan Kim Lu, Stephen M Ward and Debra L Ward, Co-Trustees, or their successors in Trust, under the Ward Family Living Trust dated 4/10/04 as to an undivided 75.06667% interest, and Pensco Trust Company Custodian FBO Gayle Ansell, IRA as to an undivided 24.93333% interest, Pensco Trust Company FBO Gopen Family, East West Bank, and Khoi Vo hereby stipulate that a stay is necessary in the above-entitled action and request that the Court enter an order staying all further proceedings until the resolution of the related criminal cases, <u>United States v. Leonard Yang, et al.</u>, Case 2:16-CR-00189-KJM and <u>United States v. Xiu Ping Li, et al.</u>, Case No. 2:17-CR-00136-KJM.

1.  This is a forfeiture *in rem* action against eight properties pursuant to 21 U.S.C. § 881(a)(7) because they were allegedly used to commit or facilitate violations of federal drug laws:

    a.  Real Property located at 4343 North Forty, Lincoln, California, the "*Defendant North Forty.*" Ling Yan Jiang has filed a claim asserting an ownership interest in

2

Stipulation to Stay Further Proceedings and Order

defendant North Forty. Stephen M Ward and Debra L Ward, Co-Trustees, or their successors in Trust, under the Ward Family Living Trust dated 4/10/04 as to an undivided 75.06667% interest, and Pensco Trust Company Custodian FBO Gayle Ansell, IRA as to an undivided 24.93333% interest filed claims asserting a lienholder interest in defendant North Forty.

b. Real Property located at 1 Rancho Torre Court, Sacramento, California, the "*Defendant Rancho Torre Court.*" Jin Heng Jiang has filed a claim asserting an ownership interest in defendant Rancho Torre Court.

c. Real Property located at 13373 Bennett Road, Herald, California, the "*Defendant Bennett Road.*" Hong Lin has filed a claim asserting an ownership interest in defendant Bennett Road.

d. Real Property located at 211 Hebron Circle, Sacramento, California, the "*Defendant Hebron Circle.*" Xiang Rong Lian has filed a claim asserting an ownership interest in defendant Hebron Circle. Pensco Trust Company FBO Gopen Family filed a claim asserting a lienholder interest in defendant Hebron Circle.

e. Real Property located at 4909 Winamac Drive, Sacramento, California, the "*Defendant Winamac Drive.*" Mei Zhao has filed a claim asserting an ownership interest in defendant Winamac Drive. East West Bank filed a claim asserting a lienholder interest in defendant Winamac Drive.

f. Real Property located at 5371 Ontario Street, Sacramento, California, the "*Defendant Ontario Street.*" Jing Jie Jiang has filed a claim asserting an ownership interest in defendant Ontario Street. Khoi Vo filed a claim asserting a lienholder interest in defendant Ontario Street.

g. Real Property located at 7471 53rd Avenue, Sacramento, California, the "*Defendant 53rd Avenue.*" Qing Xi Liu has filed a claim asserting an ownership interest in defendant 53rd Avenue. East West Bank filed a claim asserting a lienholder interest in defendant 53rd Avenue.

h. Real Property located at 9217 Silverdale Court, Sacramento, California, the "*Defendant Silverdale Court.*" Xue Ying Zhang and Loan Kim Lu have filed claims asserting an ownership interest in defendant Silverdale Court. East West Bank filed a claim asserting a lienholder interest in defendant Silverdale Court.

2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States contends that the defendant properties were used and intended to be used to commit or facilitate violations of federal drug laws in violation of 21 U.S.C. §§ 841 *et seq.* Claimants deny these allegations.

3. To date, several individuals have been charged with federal crimes related to marijuana manufacturing and distribution in United States v. Leonard Yang, et al., Case 2:16-CR-00189-KJM and United States v. Xiu Ping Li, et al., Case No. 2:17-CR-00136-KJM. It is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the drug trafficking

3

involving the defendant properties. Nevertheless, the United States intends to depose claimants (and others) regarding their ownership of the defendant properties, as well as their knowledge and participation in large scale marijuana cultivation, including the marijuana grow at the defendant properties, as well as the circumstances behind the purchase of the properties. If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant properties, or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves. If they invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims they filed with this court.

4. In addition, claimants intend to depose, among others, the agents involved with this investigation, including but not limited to, the agents with the Federal Bureau of Investigation ("FBI"). Allowing depositions of the law enforcement officers at this time would adversely impact the federal prosecution and ongoing investigation.

5. The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimant's ability to assert any defenses to forfeiture. For these reasons, the parties jointly request that these matters be stayed until the conclusion of the related criminal cases. At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

6. If any of the defendant properties go into default, the parties reserve the right to seek all avenues of redress to preserve the real properties, including filing a motion for interlocutory sale or seeking a receiver appointment to collect rents and maintain the properties.

Dated: 8/1/2018                              McGREGOR W. SCOTT
                                             United States Attorney

                                    By:      /s/ Kevin C. Khasigian
                                             KEVIN C. KHASIGIAN
                                             Assistant U.S. Attorney

Dated: 7/31/2018                             /s/ Linda Parisi
                                             LINDA PARISI
                                             Attorney for Claimants Ling Yan Jiang
                                             and Jing Jie Jiang

| | | |
|---|---|---|
| Dated: 8/1/2018 | | /s/ Larissa L. Branes |
| | | LARISSA L. BRANES |
| | | Attorney for Claimant Stephen M Ward and Debra L Ward, Co-Trustees, or their successors in Trust, under the Ward Family Living Trust dated 4/10/04 as to an undivided 75.06667% interest, and Pensco Trust Company Custodian FBO Gayle Ansell, IRA as to an undivided 24.93333% interest |

Dated: 8/1/2018     /s/ Larissa L. Branes
            LARISSA L. BRANES
            Attorney for Claimant Stephen M Ward and Debra L Ward, Co-Trustees, or their successors in Trust, under the Ward Family Living Trust dated 4/10/04 as to an undivided 75.06667% interest, and Pensco Trust Company Custodian FBO Gayle Ansell, IRA as to an undivided 24.93333% interest

Dated: 7/30/2018     /s/ J. Patrick McCarthy
            J. PATRICK MCCARTHY
            Attorney for Claimants Jin Heng Jiang, Hong Lin and Qing Xi Liu

Dated: 7/30/2018     /s/ Robert J. Saria
            ROBERT J. SARIA
            Attorney for Claimant Xiang Rong Lian

Dated: 7/31/2018     /s/ Edward T. Weber
            EDWARD T. WEBER
            Attorney for Claimant Pensco Trust Company FBO Gopen Family

Dated: 7/31/2018     /s/ Terry R. Hunt
            TERRY R. HUNT
            Attorney for Claimant Mei Zhao

Dated: 7/31/2018     /s/ William G. Malcolm
            WILLIAM G. MALCOLM
            Attorney for Claimant East West Bank

Dated: 8/1/2018     /s/ Anh Van Nguyen
            ANH VAN NGUYEN
            Attorney for Claimant Khoi Vo

Dated: 7/27/2018     /s/ Ernest Chen
            ERNEST CHEN
            Attorney for Claimants Xue Ying Zhang and Loan Kim Lu

**ORDER**

For the reasons set forth above, this matter is stayed under 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until the resolution of companion criminal cases. The parties shall file a joint status report within 30 days of the conclusion of the parallel criminal cases, or as the court deems appropriate.

IT IS SO ORDERED.

DATED: August 6, 2018.

_____
UNITED STATES DISTRICT JUDGE