Larissa A. Branes, Esq. (SBN 245875)
Amy E. Martinez, Esq. (SBN 245871)
Alexa P. Stephenson, Esq. (SBN 312437)
GERACI LAW FIRM
90 Discovery Irvine, CA 92618
Tele.: (949) 379-2600
Fax:   (949) 379-2610
E-mail: l.branes@geracillp.com

Attorneys for Non-Party Lienholders

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED 4343 NORTH FORTY ROAD, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 031-310-028-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 1 RANCHO TORRE COURT, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 040-0190-055-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 13373 BENNETT ROAD, HERALD, CALIFORNIA, SACRAMENTO COUNTY, APN: 152-0120-022-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 211 HEBRON CIRCLE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 225-1590-086-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 4909 WINAMAC DRIVE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 225-1800-056-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | 2:18-CV-00808-KJM-CKD<br><br>STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF STEPHEN M WARD AND DEBRA L WARD, CO-TRUSTEES OR THEIR SUCCESSORS IN TRUST, UNDER THE WARD FAMILY LIVING TRUST DATED 4/10/04 AS TO AN UNDIVIDED 75.06667°/o INTEREST AND PENSCO TRUST COMPANY CUSTODIAN FBO GAYLE ANSELL IRA AS TO AN UNDIVIDED 24.93333°/o INTEREST IN THE REAL PROPERTY LOCATED AT 4343 NORTH FORTY ROAD |

1

| | |
|---|---|
| 1<br>2<br>3 | REAL PROPERTY LOCATED 5371 ONTARIO STREET, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 023-0275-015-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 4<br>5<br>6 | REAL PROPERTY LOCATED 7471 53RD AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 040-0240-051-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and |
| 7<br>8<br>9<br>10 | REAL PROPERTY LOCATED 9217 SILVERDALE COURT, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 121-0810-047-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 11 | Defendants. |

IT IS HEREBY STIPULATED by and between the United States and Claimants Stephen M Ward and Debra L Ward, Co-Trustees, or their successors in trust, under the Ward Family Living Trust dated 4/10/04 as to an undivided 75.06667% interest, and Pensco Trust Company Custodian FBO Gayle Ansell, IRA as to an undivided 24.93333% interest (collectively, "Claimants") as follows:

1. Claimants asserted a lienholder interest in the defendant property located at 4343 North Forty Road, Lincoln, California, 95648 ("Defendant Property").

2. The loan has since been satisfied and Claimants no longer have an interest in Defendant Property.

3. Accordingly, Claimants hereby withdraw their claim filed in the above captioned case on June 13, 2018 [Dk. 26] and their answer filed in the above-captioned case on June 25, 2018 [Dk. 35].

4. To the extent required under the Federal Rules of Civil Procedure, Rule 41(a), the United States agrees to dismiss with prejudice Claimants in the above-captioned case pursuant to the Federal Rules of Civil Procedure, Rule 41(a). Defendant Property is one of the *in rem* defendants.

5. Each party hereto is to bear its own costs.

///
///
///

6. Claimants are hereby removed from the Service List for the above captioned case.

GERACI LAW FIRM

Date: 5/21/2019   By: /s/ Larissa A. Branes
Larissa A. Branes, Esq.
Amy E. Martinez, Esq.
Alexa P. Stephenson, Esq.
Attorneys for Lienholders, STEPHEN M WARD AND DEBRA L WARD, CO- TRUSTEES, OR THEIR SUCCESSORS IN TRUST, UNDER THE WARD FAMILY LIVING TRUST DATED 4/10/04 AS TO AN UNDIVIDED 75.06667% INTEREST AND PENSCO TRUST COMPANY CUSTODIAN FBO GAYLE ANSELL, IRA AS TO AN UNDIVIDED 24.93333% INTEREST

Date: 5/20/2019   MCGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant United States Attorney

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Stipulation is approved.

2. Claimants' claim filed in the above-captioned case on June 13, 2018 [Dk. 26] is hereby deemed withdrawn.

3. Claimants' answer filed in the above-captioned case on June 25, 2018 [Dk. 35] is hereby deemed withdrawn.

4. Claimants are hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: June 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

Withdrawal of Claim and Answer