Khoi D. Vo
4364 Binchy Way
Rancho Cordova, CA 95742

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>REAL PROPERTY LOCATED 4343 NORTH FORTY, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 031-310-028-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>　　　　　　Defendants. | 2:18-CV-00808-KJM-CKD<br><br>STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER KHOI D. VO |

**IT IS HEREBY STIPULATED** by and between claimant, Khoi D. Vo ("Claimant"), and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

1. Claimant asserted a lienholder interest in the defendant property located at 5371 Ontario Street, Sacramento, California, Sacramento County, APN: 023-0275-015-0000 ("Defendant Ontario Street").

2. The loan has since been satisfied and Claimant no longer has an interest in the Defendant Ontario Street property.

3. Accordingly, Claimant hereby withdraws his claim filed May 25, 2018 [Dk. 20] and his answer filed June 22, 2018 [Dk. 34] in the above-captioned case with respect to the Defendant Ontario Street property.

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF LIENHOLDER

1    4.      To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a).  Defendant Ontario Street property is the *in rem* defendant.

5.      Each party hereto is to bear its own costs.

6.      Claimant is hereby removed from the Service List for the above-captioned case.

Date:   9/30/2019

                                     By:    /s/ Khoi D. Vo
                                               KHOI D. VO

                                               (Signature retained by AUSA Khasigian)

Date:   10/1/2019                 McGREGOR W. SCOTT
                                               United States Attorney

                                     By:    /s/ Kevin C. Khasigian
                                               KEVIN C. KHASIGIAN
                                               Assistant U.S. Attorney

**ORDER**

The Court has read and considered the Stipulation of Withdrawal of Claim and Answer by Khoi D. Vo ("the Stipulation") by Claimant, Khoi D. Vo ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Claimant's claim filed May 25, 2018 [Dk. 20] and answer filed June 22, 2018 [Dk. 34] in the above-captioned case are hereby deemed withdrawn.

3. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: October 7, 2019.

_____
UNITED STATES DISTRICT JUDGE