McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18−CV−00808-KJM−CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED 4343 NORTH FORTY, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 031-310-028-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and Claimants Ling Yan Jiang and Jing Jie Jiang hereby stipulate and request the Court to lift the stay for the limited purpose of entering a Stipulation for Final Judgment of Forfeiture for the real property located at 4343 North Forty, Lincoln, California ("defendant North Forty") and the real property located at 5371 Ontario Street, Sacramento, California, ("defendant Ontario property"). The parties anticipate that the Stipulation for Final Judgment of Forfeiture would complete the forfeiture for both the defendant North Forty property and the defendant Ontario property.

Dated:  11/6/2019           McGREGOR W. SCOTT
                                            United States Attorney

                                By:   /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney

1

Dated:  11/6/2019          /s/ Linda M. Parisi
LINDA M. PARISI
Attorney for claimant Wen Hui Lin

**ORDER**

For the reasons set forth above, the stay is lifted regarding the real property located at 4343 North Forty, Lincoln, California and the real property located at 5371 Ontario Street, Sacramento, California.

IT IS SO ORDERED.

DATED:  December 11, 2019.

_____
UNITED STATES DISTRICT JUDGE