ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CV-00808-KJM-CKD |
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED 4343 NORTH FORTY, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 031-310-028-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and claimants Mei Zhao and East West Bank, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement and withdrawal of claim and answer documents for real property located at 4909 Winamac Drive, Sacramento, California, Sacramento County, APN: 225-1800-056-0000 ("defendant Winamac Drive"). The parties anticipate that, if granted, the settlement documents would close the case against defendant Winamac Drive.  Thus, the stay would no longer be necessary for this property.[1]

East West Bank filed a Claim and an Answer to the Complaint asserting a lien holder interest in defendant Winamac Drive.  Claimant Mei Zhao filed a Claim and Answer to the Complaint regarding

---

[1] The case would remain stayed as to the other five *In Rem* Defendants.  This request is limited to defendant Winamac Drive.

1

defendant Winamac Drive. No other party has filed a claim asserting an interest in defendant Winamac Drive.

On May 1, 2023, escrow closed for defendant Winamac Drive. East West Bank was paid in full through escrow. East West Bank will withdraw their Claim and Answer once the stay has been lifted for the defendant Winamac Drive.

The United States and claimant Mei Zhao have reached a settlement regarding the net proceeds from the sale of the Winamac Drive property.

Dated: 8/6/2025

ERIC GRANT
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 8/27/2025

/s/ Terry R. Hunt
TERRY R. HUNT
Attorney for claimant Mei Zhao
(Authorized by email)

Dated: 8/6/2025

MALCOLM ♦ CISNEROS, A Law Corporation

/s/ William G. Malcolm
WILLIAM G. MALCOLM
Attorneys for claimant East West Bank
(Authorized by email)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 4909 Winamac Drive, Sacramento, California, Sacramento County, APN: 225-1800-056-0000.

IT IS SO ORDERED

Dated: September 5, 2025.

UNITED STATES DISTRICT JUDGE