WILLIAM G. MALCOLM #129271
NICOLAS MATAYRON #304097
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
Telephone: (949) 252-9400
Telecopier: (949) 252-1032

Counsel for Claimant East West Bank

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 4909 WINIMAC DRIVE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 225-1800-056-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00808-KJM-CKD<br><br>**STIPULATION AND WITHDRAWAL OF CLAIM AND ANSWER OF EAST WEST BANK RE: REAL PROPERTY LOCATED AT 4909 WINAMAC DRIVE, SACRAMENTO, CALIFORNIA, APN: 225-1800-056-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO; ORDER** |

　　　　IT IS HEREBY STIPULATED by and between claimant, EAST WEST BANK ("Claimant") and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

　　　　1.　　The parties to this Stipulation requested the Court to partially lift the stay imposed in this case to allow for the resolution of the United States' claim against 4909 Winamac Drive, Sacramento,

1  California, Sacramento County, APN: 225-1800-056-0000.  The Court approved the parties' request on
2  September 5, 2025.

3    2. Claimant asserted a lienholder interest in the property located at 4909 WINAMAC
4  DRIVE, SACRAMENTO, CALIFORNIA, APN: 225-1800-056-0000 (the "Subject Property").

5    3. The loan has since been satisfied and Claimant no longer has an interest in the Subject
6  Property.

7    4. Accordingly, Claimant hereby withdraws its Claim filed June 1, 2018 (Docket No. 23) in
8  the above-captioned case with respect to the Subject Property.

9    5. Additionally, Claimant hereby withdraws its Answer filed June 22, 2018 (Docket No. 31)
10 in the above-captioned case with respect to the Subject Property.

11   6. To the extent required under the Federal Rules of Civil Procedure, Rule 41(a), Plaintiff
12 agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the Federal Rules of
13 Civil Procedure, Rule 41(a). Subject Property is the *in rem* defendant.

14   7. Each party hereto is to bear its own costs.

15   IT IS SO STIPULATED

17 Dated: September 18, 2025   UNITED STATES ATTORNEY

19           By: _____
          Kevin Khasigian, Assistant United States Attorney
20           Attorneys for Plaintiff United States of America

22 Dated: September 18, 2025   MALCOLM ♦ CISNEROS, A Law Corporation

24           By: */s/ William G. Malcolm*
            William G. Malcolm
25             Attorneys for East West Bank

26 ///
27 ///
28 ///

**ORDER**

The Court has read and considered the Stipulation of Withdrawal of Claim and Answer by Claimant East West Bank ("the Stipulation") and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved.

2. Claimant's Claim filed June 1, 2018 (Docket No. 23) in the above-captioned case is hereby deemed withdrawn.

3. Claimant's Answer filed June 22, 2018 (Docket No. 31) in the above-captioned case is hereby deemed withdrawn.

4. The plaintiff shall file any dismissal with prejudice required under Federal Rule of Civil Procedure 41(a) within fourteen (14) days.

IT IS SO ORDERED.

Dated:  September 23, 2025.

_____
UNITED STATES DISTRICT JUDGE