UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>Real Property Located at 4909 Winimac Drive, Sacramento, California, Sacramento County, APN: 225-1800-056-0000, including all appurtenances and improvements thereto,<br><br>          Defendants. | No. 2:18-cv-00808-KJM-CKD<br><br>ORDER |

On September 23, 2025, the court approved the stipulation between claimant East West Bank and the United States and ordered the United States to file any dismissal with prejudice required under Federal Rule of Civil Procedure 41(a) within fourteen days. ECF No. 80. No dismissal has been filed. The court therefore orders plaintiff to file the same dismissal within seven days and cautions that failures to comply with court orders may result in sanctions.

   IT IS SO ORDERED.

DATED: October 17, 2025.

UNITED STATES DISTRICT JUDGE

1