UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 4343 NORTH FORTY, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 031-310-028-000, et al.,<br><br>Defendants. | No. 2:18-cv-00808-DC-CKD<br><br>PARTIAL FINAL JUDGMENT OF FORFEITURE REGARDING REAL PROPERTY LOCATED AT 7471 53RD AVENUE, SACRAMENTO, CALIFORNIA<br><br>(Doc. No. 93.) |

On March 18, 2026, Plaintiff United States and Claimant Qing Xi Liu filed a stipulation for the entry of final judgment of forfeiture regarding real property located at 7471 53rd Avenue, Sacramento, California, Sacramento County. (Doc. No. 93.)

Pursuant to that stipulation, the court finds the following:

1.      This is a civil forfeiture action against eight real properties, one of which is the real property located at 7471 53rd Avenue, Sacramento, California, Sacramento County, APN: 040-0240-051-0000 ("Defendant Property").

2.      A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 5, 2018, alleging that said Defendant Property is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7). (Doc. No. 1.)

3.      On July 24, 2018, the Defendant Property was posted with a copy of the

1

Complaint and Notice of Complaint.

4.    Beginning on April 20, 2018, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on May 21, 2018. (Doc. No. 14.)

5.    In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual related to this Defendant Property: Qing Xi Liu; East West Bank; and County of Sacramento, Department of Finance.

6.    Claimant Qing Xi Liu filed a Verified Claim on May 21, 2018, and an Answer to the Complaint on June 27, 2018. Claimant East West Bank filed a Verified Claim on June 1, 2018, and an Answer to the Complaint on June 22, 2018, claiming a lien holder interest in the Defendant Property. No other parties have filed claims or answers regarding this Defendant Property, and the time in which any person or entity may file a claim and answer has expired

7.    On or about December 23, 2019, escrow closed for the Defendant Property at 7471 53rd Avenue, Sacramento, California, Sacramento County, and the United States received a wire transfer in the amount of $73,959.94, which will be substituted in lieu of the real property. East West Bank was paid in full through escrow. East West Bank lodged a withdrawal of their Claim and Answer on March 17, 2026, and pursuant to the stipulation filed by Claimant East West Bank and Plaintiff on March 17, 2026, Claimant East West Bank was dismissed from this action on June 25, 2026. (Doc. Nos. 90, 107).

Based on the above findings, and the files and records filed in this action, the court orders as follows:

1.    Judgment is hereby entered against claimants Qing Xi Liu, East West Bank, and all other potential claimants who have not filed claims in this action.

2.    Upon entry of this Final Judgment of Forfeiture, $46,459.94 of the Approximately $73,959.94 in net proceeds from the sale of defendant real property located at 7471 53rd Avenue, Sacramento, California, Sacramento County, APN: 040-0240-051-0000, together with any interest that may have accrued on the total amount of net proceeds, shall be forfeited to the United

States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law.

3. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $27,500.00 of the Approximately $73,959.94 in net proceeds from the sale of defendant real property located at 7471 53rd Avenue, Sacramento, California, Sacramento County, APN: 040-0240-051-0000, shall be returned to Claimant Qing Xi Liu through attorney J. Patrick McCarthy.

4. The United States and its servants, agents, and employees are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the Defendant Property with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the Defendant Property with the Complaint and Notice of Complaint, as well as those now known or disclosed. Claimant waived the provisions of California Civil Code § 1542.

5. Claimant waived any and all claim or right to interest that may have accrued on the money being forfeited in lieu of the defendant real property.

6. All parties are to bear their own costs and attorneys' fees, if any.

7. The U.S. District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

Dated:   **June 25, 2026**

_____
Dena Coggins
United States District Judge

3