UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>REAL PROPERTY LOCATED AT 4343 NORTH FORTY, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 031-310-028-000, et al.,<br>Defendants. | No. 2:18-cv-00808-DC-CKD<br><br>PARTIAL FINAL JUDGMENT OF FORFEITURE REGARDING REAL PROPERTY LOCATED AT 211 HEBRON CIRCLE, SACRAMENTO, CALIFORNIA<br><br>(Doc. No. 119) |

On August 27, 2026, Plaintiff United States and Claimant Xiang Rong Lian filed a stipulation for the entry of final judgment of forfeiture regarding real property located at 211 Hebron Circle, California, Sacramento County. (Doc. No. 119.)

Pursuant to that stipulation, the court finds the following:

1. This is a civil forfeiture action against eight real properties, one of which is the real property located at 211 Hebron Circle, Sacramento, California, Sacramento County, APN: 225-1590-086-0000. ("Defendant Property").

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 5, 2018, alleging that said Defendant Property is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7). (Doc. No. 1.)

3. On July 23, 2018, the Defendant Property was posted with a copy of the

Complaint and Notice of Complaint.

4. Beginning on April 20, 2018, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on May 21, 2018. (Doc. No. 14.)

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities related to this Defendant Property: Xiang Rong Lian, and Capital Benefit, Inc.

6. Claimant Pensco Trust Company, Inc. filed a Claim on May 21, 2018, and an Answer to the Complaint on May 22, 2018, claiming a lien holder interest in the Defendant Property. Claimant Xiang Rong Lian filed a Claim on May 24, 2018, and an Answer to the Complaint on June 14, 2018. No other parties have filed claims or answers regarding this defendant property, and the time in which any person or entity may file a claim and answer has expired.

7. On November 28, 2018, escrow closed for the Defendant Property at 211 Hebron Circle, Sacramento, California, Sacramento County, APN: 225-1590-086-0000, and the United States received a wire transfer in the amount of $75,772.86, which will be substituted in lieu of the real property. Pensco Trust Company, Inc. was paid in full through escrow. Pensco Trust Company, Inc. withdrew their Claim and Answer on September 3, 2019.

Based on the above findings, and the files and records filed in this action, the court orders as follows:

1. Judgment is hereby entered against Claimants Xiang Rong Lian, Pensco Trust Company, Inc., and all other potential claimants who have not filed claims in this action.

2. Upon entry of this Final Judgment of Forfeiture, $56,829.64 of the Approximately $75,772.86 in net proceeds from the sale of Defendant real property located at 211 Hebron Circle, Sacramento, California, Sacramento County, APN: 225-1590-086-0000, together with any interest that may have accrued on the total amount of net proceeds, shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law.

3. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days

thereafter, $18,943.22 of the Approximately $75,772.86 in net proceeds from the sale of Defendant real property located at 211 Hebron Circle, Sacramento, California, Sacramento County, APN: 225-1590-086-0000, shall be returned to Claimant Xiang Rong Lian through attorney Ernest Chen.

4. The United States and its servants, agents, and employees are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the Defendant Property with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the Defendant Property with the Complaint and Notice of Complaint, as well as those now known or disclosed. Claimant Xiang Rong Lian waived the provisions of California Civil Code § 1542.

5. Claimant Xiang Rong Lian waived any and all claim or right to interest that may have accrued on the money being forfeited in lieu of the Defendant real property.

6. All parties are to bear their own costs and attorneys' fees, if any.

7. The U.S. District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

Dated: **August 31, 2026**

Dena Coggins
United States District Judge